ACCEPTED
03-14-00397-CV
4102824
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 9:51:39 AM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/11/2015 9:51:39 AM

JEFFREY D. KYLE
Clerk

February 11, 2015

Jeffrey D. Kyle                                        *Via E-Filing*
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

     Re:     03-14-00397-CV; *American Multi-Cinema, Inc. v. Glenn Hegar, Comptroller of Public Accounts of Texas, and Ken Paxton, Attorney General of Texas*; Third Court of Appeals, Austin, Texas

Mr. Kyle:

In response to your letter dated February 6, 2015, please note that I will argue this case before the Court at 9:00 a.m. on March 11, 2015. Please also note that the parties do not have an alternate agreement as to division of times and the division of times noted in the court's letter are acceptable to me.

Respectfully submitted,

*/s/Charles K. Eldred*
CHARLES K. ELDRED
Attorney in Charge
Financial Litigation, Tax, and
Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov
Attorneys for Appellees/Cross-Appellants

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on February 11, 2015, a true and correct copy of the foregoing **Letter to the Court Regarding Oral Argument** was sent to the Appellant's attorney of record via e-service and/or electronic mail as follows:

Doug Sigel         Doug.sigel@ryanlawllp.com
RYAN LAW FIRM, LLP
100 Congress Ave., Ste. 950
Austin, Texas 78701


         */s/Charles K. Eldred*
         CHARLES K. ELDRED